# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC,<br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>YAO LONG HE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 20-cv-00535<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Tommy Hilfiger Licensing LLC ("Tommy Hilfiger") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Lous Store | 106 |

Dated this 3rd day of June 2020.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　Isaku M. Begert
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　rjohnson@gbc.law
　　　　　　　　　　　　　　　　　　ibegert@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　*Tommy Hilfiger Licensing LLC*